JOHN R. SOMMER (SBN 106355)
ATTORNEY-AT-LAW
17426 Daimler Street, Suite 200
Irvine, California  92614
(949) 752-5344, Fax: (949) 752-5439

JS-6

Attorneys for Plaintiff ERIK BRUNETTI

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL (SBN 106790)
MICHAEL D. ROTH (SBN 217464)
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
(213) 629-9040; Fax: (213) 629-9022

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
JOHN P. MARGIOTTA *(pro hac vice)*
MICHAEL R. CHIAPPETTA (SBN 185256)
ALEXANDER L. GREENBERG *(pro hac vice)*
866 United Nations Plaza
New York, New York 10017
(212) 813-5900; Fax:  (212) 813-5901

Attorneys for Defendant GAP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIK BRUNETTI,<br><br>                Plaintiff,<br><br>        v.<br><br>GAP, INC.,<br><br>                Defendant. | Case No.  CV 11-07899 DMG (RZx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [28]** |

1    It accordance with the Stipulation for Dismissal with Prejudice entered into

2  by Plaintiff Erik Brunetti ("Plaintiff") and Defendant Gap, Inc., ("Defendant"),

3  through their respective counsel of record,

4    IT IS ORDERED THAT the entire action is dismissed with prejudice, each

5  party to bear its own costs and attorney's fees.

6

7  Dated:  May 23, 2012

8                                        Hon. Dolly M. Gee
                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28